**No. 10-6368. Jackie Lyn Coulombe, Petitioner v. City of Oxnard, California, et al.**

562 U.S. 1104, 131 S. Ct. 816, 178 L. Ed. 2d 550, 2010 U.S. LEXIS 9475.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 1014, 131 S. Ct. 530, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8625.

**No. 10-5109. Sukit N. Kumvachirapitag, Petitioner v. Microsoft Corporation, et al.**

562 U.S. 1104, 131 S. Ct. 816, 178 L. Ed. 2d 550, 2010 U.S. LEXIS 9524.

December 6, 2010. Petition for rehearing denied. The Chief Justice and Justice Breyer took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 953, 131 S. Ct. 242, 178 L. Ed. 2d 251, 2010 U.S. LEXIS 7776.

**No. 10-5385. Michael T. Stevens, Petitioner v. United States.**

562 U.S. 1104, 131 S. Ct. 816, 178 L. Ed. 2d 550, 2010 U.S. LEXIS 9578.

December 6, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 954, 131 S. Ct. 288, 178 L. Ed. 2d 253, 2010 U.S. LEXIS 7764.

**No. 10-5786. Lamont Gentry Falls, Petitioner v. United States.**

562 U.S. 1104, 131 S. Ct. 816, 178 L. Ed. 2d 550, 2010 U.S. LEXIS 9573.

December 6, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7605.

**No. D-2522. In the Matter of Herbert Aldon Callihan, Jr.**

562 U.S. 1089, 131 S. Ct. 816, 178 L. Ed. 2d 550, 2010 U.S. LEXIS 9543.

December 6, 2010. It having been reported that Herbert Aldon Callihan, Jr., of Bethesda, Maryland, had died, the Rule to Show Cause, issued on October 4, 2010, is discharged.

**No. 09-993. PLIVA, Inc., et al., Petitioners v. Gladys Mensing.**

**No. 09-1039. Actavis Elizabeth, LLC, Petitioner v. Gladys Mensing.**

**No. 09-1501. Actavis, Inc., Petitioner v. Julie Demahy.**

562 U.S. 1104, 131 S. Ct. 817, 178 L. Ed. 2d 550, 2010 U.S. LEXIS 9595.

December 10, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Eighth Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, 588 F.3d 603.